# Exhibit 2

⌀ ESQUIRE

Esquire - Austin
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

ESQUIRE
an Alexander Gallo Company

6338,022
Telephone (512) 634-1980
Toll Free (800) 880-2546
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ42017

| Invoice Date | Terms |
|---|---|
| 04/23/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JOSEPH TITTERINGTON ,ESQ
DUNLAP GODDING & ROGERS, PC
SUITE 1000, 1601 NORTHWEST EXPRESSWAY
OKLAHOMA CITY,, OK 73118

| Assignment | Case | EQ File | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/27/2009 | GEOSPAN CORPORATION vs. PICTOMETR | 17338 | 04/21/2009 | F-P-O |

**Description**

Original Transcript of CLIFFORD MUGNIER

**Attorney is responsible for payment of all charges incurred, not their client.**
**Payment due in 30 days**
**THANK YOU**

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,086.11 |
| Paid: | $ 0.00 |
| Balance Due : | $ 1,086.11 |
| Payment Due: | 05/23/2009 |

After Due Date Pay This Amount: $ 1,221.87

**Tax Number:**

# DUNLAP CODDING, P.C.

16183

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| Esquire - Austin | | | | | |
| 04/23/09 | 6338.022 -- Pictometry | EQ42017 | 1,086.11 | | 1,086.11 |

| CHECK DATE | CONTROL NUMBER | TOTALS | Gross: | Ded: | Net: |
|---|---|---|---|---|---|
| 07/15/09 | 16183 | | 1,086.11 | 0.00 | 1,086.11 |

---

**16183**

**DUNLAP CODDING, P.C.**
1601 NW EXPRESSWAY, SUITE 1000
OKLAHOMA CITY, OK 73118

**STILLWATER NATIONAL BANK
AND TRUST COMPANY**
STILLWATER, TULSA, OKLAHOMA CITY AND CHICKASHA
86-143-1031

| DATE | CHECK AMOUNT |
|---|---|
| 07/15/09 | **$1,086.11 |

*** ONE THOUSAND EIGHTY-SIX & 11/100 DOLLARS

PAY TO THE ORDER OF

Esquire - Austin
2700 Centennial Tower
101 Marietta Street
Atlanta  GA  30303

AUTHORIZED SIGNATURE

---

# DUNLAP CODDING, P.C.

16183

DELUXE CORP  1+800-328-0304  www.deluxeforms.com

# DUNLAP CODDING, P.C.

16133

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | Esquire - Austin | | | | |
| 06/09/09 | 6338.022 -- Pictometry | EQ55837 | 1217.29 | | 1217.29 |

| CHECK DATE | CONTROL NUMBER | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/30/09 | 16133 | TOTALS | Gross: | 1217.29 | Ded: | 0.00 Net: | 1217.29 |

16133

**DUNLAP CODDING, P.C.**
1601 NW EXPRESSWAY, SUITE 1000
OKLAHOMA CITY, OK 73118

**STILLWATER NATIONAL BANK
AND TRUST COMPANY**
STILLWATER, TULSA, OKLAHOMA CITY AND CHICKASHA
86-143-1031

| DATE | CHECK | AMOUNT |
|---|---|---|
| 06/30/09 | | **$1,217.29 |

*** ONE THOUSAND TWO HUNDRED SEVENTEEN & 29/100 DOLLARS

PAY TO THE ORDER OF

Esquire - Austin
2700 Centennial Tower
101 Marietta Street
Atlanta  GA  30303

AUTHORIZED SIGNATURE

**DUNLAP CODDING, P.C.**                                                                                                 16133

DELUXE CORP  1+800-328-0304   www.deluxeforms.com


Esquire - Austin
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


ESQUIRE
an Alexander Gallo Company

Telephone (512) 634-1980
Toll Free (800) 880-2546
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ55837

| Invoice Date | Terms |
|---|---|
| 06/09/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |



JOSEPH TITTERINGTON ,ESQ
DUNLAP GODDING & ROGERS, PC
SUITE 1000, 1601 NORTHWEST EXPRESSWAY
OKLAHOMA CITY,, OK 73118

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/14/2009 | GEOSPAN CORPORATION vs. PICTOMETR | 53600 | 06/02/2009 | F-S-O |

| Description | 6338.022 |
|---|---|

Copy Transcript of STEPHEN SCHULTZ

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
**THANK YOU**

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,217.29 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 1,217.29** |
| **Payment Due:** | **07/09/2009** |

After 07/24/2009 Pay This Amount:   $ 1,339.02

**Tax Number:**

# DUNLAP CODDING, P.C.   16920

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| PRO-SYSTEMS | | | | | |
| 11/04/09 | 6338.022 -- Pictometry | MN91104LAC1 | 3194.95 | | 3194.95 |
| 11/06/09 | 6338.022 -- Pictometry | MN91106FAI1 | 2763.00 | | 2763.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS | Gross: | Ded: | Net: |
|---|---|---|---|---|---|
| 01/31/10 | 16920 | | 5957.95 | 0.00 | 5957.95 |

16920

**DUNLAP CODDING, P.C.**
1601 NW EXPRESSWAY, SUITE 1000
OKLAHOMA CITY, OK 73118

**STILLWATER NATIONAL BANK AND TRUST COMPANY**
STILLWATER, TULSA, OKLAHOMA CITY AND CHICKASHA
86-143-1031

| DATE | CHECK | AMOUNT |
|---|---|---|
| 01/31/10 | | **$5,957.95 |

PAY TO THE ORDER OF

*** FIVE THOUSAND NINE HUNDRED FIFTY-SEVEN & 95/100 DOLLARS

PRO-SYSTEMS
COURT REPORTING & VIDEO SERVICE
4305 BRYANT AVENUE SOUTH
MINNEAPOLIS MN 55409

AUTHORIZED SIGNATURE

DUNLAP CODDING, P.C.   16920

DELUXE CORP 1+800-328-0304 www.deluxeforms.com

# PRO-SYSTEMS

COURT REPORTING & VIDEO SERVICE
4305 BRYANT AVENUE SOUTH
MINNEAPOLIS, MN 55409

Phone: 612.823.2100
Fax: 612.823.6100
Email: bciccone@prosystemsweb.com

# INVOICE



| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
|  | Net 30 | 11/4/2009 | mn91104lac1 |

SOLD TO

Dunlap Codding, P.C.
1601 Northwest Expressway
Suite 1000
Oklahoma City, OK 73118
Attn: Shannon O'Day

6338.022

| SERVICE PROVIDED | Court Reporting & Video taping | JOB DATE | 11/4/2009 |
|---|---|---|---|
| COURT REPORTER | Minnesota | | |
| WITNESS | Theodore M. Lachinski | **Total** | **$3,194.95** |

pGeospan Corporation v. Pictometry International Corporation

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 232 | O & 1 Copy of Transcript | 3.50 | 812.00 |
| 8 | Appearance | 40.00 | 320.00 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 35.00 | 35.00 |
| 474 | CD B&W Scanning | 0.15 | 71.10 |
| 28 | CD Color Scanning | 0.60 | 16.80 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 14 | Exhibit Copies Color | 1.20 | 16.80 |
| 237 | Exhibit Copies | 0.25 | 59.25 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation TranSend | 50.00 | 50.00 |
| 1 | Shipping | 27.00 | 27.00 |
| 1 | Shipping | 27.00 | 27.00 |
| 1 | Videotaping Set-up & Tear-down | 125.00 | 125.00 |
| 7 | Videotaping Hourly | 125.00 | 875.00 |
| 4 | DVD Set-up | 70.00 | 280.00 |
| 5 | Mpeg 2 Per Hour | 75.00 | 375.00 |
|  | Mn Group Sales Tax | 7.00% | 0.00 |

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN 55409**

Phone: 612.823.2100
Fax: 612.823.6100
Email: bciccone@prosystemsweb.com

# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| | Net 30 | 11/6/2009 | mn91106fail |

**SOLD TO**

Dunlap Codding, P.C.
1601 Northwest Expressway
Suite 1000
Oklahoma City, OK 73118
Attn: Shannon O'Day

PAID

6338.022

| SERVICE PROVIDED | Court Reporting & Video taping | JOB DATE | 11/6/2009 |
|---|---|---|---|
| COURT REPORTER | Minnesota | | |
| WITNESS | David R. Fairbairn - 30b6 | | |

Geospan Corporation v. Pictometry International Corporation

**Total** $2,763.60

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 159 | O & 1 Copy of Transcript | 3.50 | 556.50 |
| 7 | Appearance | 40.00 | 280.00 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 35.00 | 35.00 |
| 772 | CD B&W Scanning | 0.15 | 115.80 |
| 6 | CD Color Scanning | 0.60 | 3.60 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 6 | Exhibit Copies Color | 1.20 | 7.20 |
| 386 | Exhibit Copies | 0.25 | 96.50 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation TranSend | 50.00 | 50.00 |
| 1 | Shipping | 27.00 | 27.00 |
| 1 | Shipping | 27.00 | 27.00 |
| 1 | Videotaping Set-up & Tear-down | 125.00 | 125.00 |
| 6 | Videotaping Hourly | 125.00 | 750.00 |
| 3 | DVD Set-up | 70.00 | 210.00 |
| 5 | Mpeg 2 Per Hour | 75.00 | 375.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |

# DUNLAP CODDING, P.C.

18037

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| **PRO-SYSTEMS** | | | | | |
| 09/16/10 | 6338.022 -- Pictometry | MN100916BR1 | 3,921.15 | | 3,921.15 |
| 09/17/10 | 6338.022 -- Pictometry | MN100917SL2 | 1,596.40 | | 1,596.40 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | | Ded: | | Net: | |
|---|---|---|---|---|---|---|---|
| 12/15/10 | 18037 | | 5,517.55 | | 0.00 | | 5,517.55 |

18037

**DUNLAP CODDING, P.C.**
1601 NW EXPRESSWAY, SUITE 1000
OKLAHOMA CITY, OK 73118

**STILLWATER NATIONAL BANK
AND TRUST COMPANY**
with locations in
Stillwater, Tulsa, Oklahoma City and Chickasha
1-888-762-4762
86-143-1031

EZShield™ Check Fraud
Protection for Business

| DATE | CHECK | AMOUNT |
|---|---|---|
| 12/15/10 | 18037 | **$5,517.55 |

**PAY** *** FIVE THOUSAND FIVE HUNDRED SEVENTEEN & 55/100 DOLLARS

TO THE
ORDER
OF

PRO-SYSTEMS
COURT REPORTING & VIDEO SERVICE
4305 BRYANT AVENUE SOUTH
MINNEAPOLIS MN 55409

_____
AUTHORIZED SIGNATURE

Security features. Details on back.

# DUNLAP CODDING, P.C.

18037

PRODUCT DLM252    USE WITH 91500 ENVELOPE

A

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
4305 BRYANT AVENUE SOUTH
MINNEAPOLIS, MN 55409

Phone: 612.823.2100
Fax: 612.823.6100
Email: bciccone@prosystemsweb.com

# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 4 | Net 30 | 9/17/2010 | MN100917sl2 |

**SOLD TO**

Dunlap Codding, P.C.
1601 Northwest Expressway
Suite 1000
Oklahoma City, OK 73118
Attn: Shannon O'Day

PAID

6338.022

| SERVICE PROVIDED | Court Reporting & Video taping | JOB DATE | 9/17/2010 |
|---|---|---|---|
| COURT REPORTER | Minnesota | | |
| WITNESS | Dana Munro Slaymaker | **Total** | **$1,596.40** |

Geospan Corporation v. Pictometry International Corporation

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 227 | Copy of Transcript | 2.50 | 567.50 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 50.00 | 50.00 |
| 1,236 | CD B&W Scanning | 0.15 | 185.40 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | E-Transcript | 50.00 | 50.00 |
| 618 | Exhibit Copies | 0.25 | 154.50 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation/LEF | 100.00 | 100.00 |
| 1 | Shipping | 49.00 | 49.00 |
| 1 | DVD Set-up | 70.00 | 70.00 |
| 4 | Mpeg 1 Per Hour | 75.00 | 300.00 |

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN 55409**

Phone: 612.823.2100
Fax: 612.823.6100
Email: bclccone@prosystemsweb.com

# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
|  | Net 30 | 9/16/2010 | MN100916br1 |

PAID

### SOLD TO

Dunlap Codding, P.C.
1601 Northwest Expressway
Suite 1000
Oklahoma City, OK 73118
Attn: Shannon O'Day

6338.022

| SERVICE PROVIDED | Court Reporting & Video taping | JOB DATE | 9/16/2010 |
|---|---|---|---|
| COURT REPORTER | Minnesota |  |  |
| WITNESS | Ronald Briggs, Ph.D |  |  |

Geospan Corporation v. Pictometry International Corporation

**Total** $3,921.15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 226 | O & 1 Copy of Transcript | 3.50 | 791.00 |
| 226 | Rough Draft | 1.25 | 282.50 |
| 9 | Appearance | 45.00 | 405.00 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 50.00 | 50.00 |
| 586 | CD B&W Scanning | 0.15 | 87.90 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | E-Transcript | 50.00 | 50.00 |
| 293 | Exhibit Copies | 0.25 | 73.25 |
| 1 | Miscellaneous Supplies | 46.00 | 46.00 |
| 1 | Summation/LEF | 100.00 | 100.00 |
| 1 | Shipping | 43.00 | 43.00 |
| 1 | Shipping | 35.00 | 35.00 |
| 1 | Videotaping Set-up & Testing | 200.00 | 200.00 |
| 9.5 | Videotaping Hourly | 125.00 | 1,187.50 |
| 1 | DVD Set-up | 70.00 | 70.00 |
| 6 | Mpeg 1 Per Hour | 75.00 | 450.00 |